# Exhibit 2

# 2384CV00174 Doe, Jane vs. Steward Health Care System Llc

- Case Type:
- Business Litigation
- Case Status:
- Open
- File Date
- 01/23/2023
- DCM Track:
- B - Special Track (BLS)
- Initiating Action:
- Complex Unfair Trade Practices
- Status Date:
- 01/23/2023
- Case Judge:
- 
- Next Event:
- 

**All Information**  **Party**  **Event**  **Docket**  **Disposition**

## Party Information

**Doe, Jane**
- Plaintiff

| Alias | Party Attorney |
|---|---|
|  | Attorney: Roddy, Esq., John J<br>Bar Code: 424240<br>Address: Bailey and Glasser LLP, 176 Federal St, 5th Floor, Boston, MA 02110<br>Phone Number: (617)439-6730<br>Attorney: Ryan, Esq., Elizabeth A<br>Bar Code: 549632<br>Address: Bailey and Glasser LLP, 176 Federal St, 5th Floor, Boston, MA 02110<br>Phone Number: (617)439-6730 |

**More Party Information**

**Steward Health Care System Llc**
- Defendant

| Alias | Party Attorney |
|---|---|

**More Party Information**

## Events

| Date | Session | Location | Type | Event Judge | Result |
|---|---|---|---|---|---|
| 04/03/2023 05:30 AM | Business Litigation 1 | BOS-13th FL, CR 1309 (SC) | Conference to Review Status | Krupp, Hon. Peter B | |

## Docket Information

| Docket Date | Docket Text | File Ref Nbr. | Image Avail. |
|---|---|---|---|
| 01/23/2023 | Complaint electronically filed.   SUMMONS | 1 | Image |
| 01/23/2023 | Civil action cover sheet filed. | 2 | Image |
| 01/23/2023 | Plaintiff Jane Doe's Motion to proceed in Pseudonym | 3 | Image |
| 01/23/2023 | Attorney appearance<br>On this date Elizabeth A Ryan, Esq. added for Plaintiff Jane Doe | | |
| 01/31/2023 | Endorsement on Motion to proceed in Pseudonym (#3.0): ALLOWED<br>after review, ALLOWED. plaintiff shall file a notice with the court disclosing plaintiff's true name and address. the notice shall be impounded in the interest of justice until the completion of this case or further order of the court, and the notice shall be served on defendant's with the complaint (or provided to defense counsel if the complaint has already been served.<br><br>(dated 1/30/23)  notice sent 1/31/23 | | Image |
| 01/31/2023 | General correspondence regarding Notice of Acceptance into Business Litigation Session case is assigned to BLS-1.<br><br>(dated 1/24/23)  notice sent 1/31/23 | 4 | Image |
| 03/10/2023 | Service Returned for<br>Defendant Steward Health Care System Llc: Service through person in charge / agent; | 5 | Image |

## Case Disposition

| Disposition | Date | Case Judge |
|---|---|---|
| Pending | | |