# Exhibit 3

| CIVIL ACTION COVER SHEET | DOCKET NO(S) B.L.S. | Trial Court Of Massachusetts Superior Court Department County: SUFFOLK |
|---|---|---|
| PLAINTIFF(S)<br>Jane Doe | | DEFENDANT(S)<br>Steward Health Care System LLC |
| ATTORNEY, FIRM NAME, ADDRESS AND TELEPHONE Board of Bar Overseers number<br>John Roddy, Bailey & Glasser, LLP, 176 Federal Street, 5th Floor, Boston, MA 02110 617.439.6730<br>BBO # 424240 | | ATTORNEY (if known) |

Origin Code Original Complaint
**Original**

TYPE OF ACTION AND TRACK DESIGNATION (See reverse side) CODE NO. TYPE OF ACTION (specify) TRACK IS THIS A JURY CASE? * _____
_____ (B) ☑Yes ☐No

## Code No. - BK.1 / Type of Action - Consumer Class Action / Track -      / Jury Case - Yes

The following is a full and detailed statement of the facts on which plaintiff relies to determine eligibility in to The Business Litigation Session.

Steward Health Care System LLC operates an online portal through which patients at its ten Massachusetts' hospitals book appointments, describe symptoms, and disclose highly sensitive personal medical information intended only for their doctors and health services professionals. Plaintiff Jane Doe alleges that unbeknownst to the patients who use the portal, Steward shares their medical information with Meta Platforms, Inc. ("Meta") and with Google.
Steward's surreptitious sharing of private health information with Meta and Google violates the Massachusetts Wiretap Act, G.L. c. 272, § 99, as well as c. 214, §1B (right of privacy) and c. 111, §70E (patients' and residents' rights).
Plaintiff seeks statutory damages and injunctive relief on her own behalf and that of a class of an estimated 100,000 similarly situated Massachusetts residents.

* A Special Tracking Order shall be created by the Presiding Justice of the Business Litigation Session at the Rule 16 Conference.

PLEASE IDENTIFY, BY CASE NUMBER, NAME AND COUNTY, ANY RELATED ACTION PENDING IN THE SUPERIOR COURT DEPARTMENT.

"I hereby certify that I have complied with the requirements of Rule 5 of the Supreme Judicial Court Uniform Rules on Dispute Resolution (SJC Rule 1:18) requiring that I provide my clients with information about court-connected dispute resolution services and discuss with them the advantages and disadvantages of the various methods." Signature of Attorney of Record _/s/ Roddy_
DATE: 1/23/2023