# Exhibit 5

Date Filed 1/23/2023 1:43 PM
Superior Court - Suffolk
Docket Number

√ 1/31

NOTIFY

1/31 NOTICE sent
BA (1)

3

## COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, ss.                                    SUPERIOR COURT DEPARTMENT
                                                CIVIL ACTION NO.:
                                                23-0174

_____
                                    )
Jane Doe, individually and on behalf of all )
others similarly situated,          )
                                    )
        Plaintiff,                  )
                                    )
v.                                  )
                                    )
Steward Health Care System LLC,     )
                                    )
        Defendant.                  )
_____)

### Plaintiff's Motion to Proceed in Pseudonym

Plaintiff, by counsel, respectfully moves this Court to allow her to proceed in this action under the pseudonym Jane Doe. In support of this motion, Plaintiff states that through this action, Plaintiff seeks to remedy harms imposed due to the Defendant's conduct in sharing her private protected health information and individually identifiable health information with Meta Platforms, Inc.'s social media application, Facebook, and with Google, without her consent, and that further disclosure of her identity would only magnify the harm she has already suffered.

WHEREFORE, Plaintiff respectfully requests that the Court allow this motion and allow her to proceed in this action under the pseudonym Jane Doe.

*[handwritten margin note: with the complaint]*

Dated: January 23, 2023

*[handwritten]:* 1/30/23 After review, ALLOWED. Plaintiff shall file a notice with the court disclosing plaintiff's true name and address. The notice shall be impounded in the interest of justice until the completion of this case or further order of the court, and the notice shall be served on defendant (or provided to defense counsel if the complaint has already been served). [signature]