# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JANE DOE, Individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> STEWARD HEALTH CARE SYSTEM LLC, <br><br> Defendant. | Case No. 1:23-cv-10711 |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. P. 7.1, defendant Steward Health Care System LLC, by and through its attorneys, states that it does not have a parent corporation and there is no publicly held corporation that owns 10% or more of Steward Health Care System LLC's stock.

Respectfully submitted,

STEWARD HEALTH CARE SYSTEM LLC,

By its attorneys,

*/s/ Ian Pinta*
Howard M. Cooper (BBO No. 543842)
Ingrid S. Martin (BBO No. 653632)
Ian J. Pinta (BBO No. 667812)
TODD & WELD LLP
One Federal Street, 27th Floor
Boston, MA 02110
617-720-2626
hcooper@toddweld.com
imartin@toddweld.com
ipinta@toddweld.com

Dated: April 3, 2023

1

## **CERTIFICATE OF SERVICE**

      I, Ian J. Pinta, do hereby certify that on this 3rd day of April, 2023, I caused the foregoing document to be filed through the ECF system and to be sent electronically to the registered participants as identified on the Notice of Electronic Filing, and to be served via electronic mail and overnight mail upon counsel of record for the Plaintiff.

                                                                        */s/ Ian Pinta*
                                                                        Ian J. Pinta

Dated: April 3, 2023