# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Jane Doe, individually and on behalf of all others similarly situated,<br><br>   Plaintiff,<br><br>v.<br><br>Steward Health Care System LLC,<br><br>   Defendant. | No. 1:23-cv-10711-AK |

### Plaintiff's Motion For Remand

Plaintiff Jane Doe moves this Court to remand this action to state court. The case was removed by Steward Health Care System LLC ("Steward") on April 3, 2023, invoking the Federal Officer Removal Statute, 28 U.S.C. § 1442(a). For the reasons stated in the memorandum in support of her motion, Steward has failed to meet its burden to show that this Court has jurisdiction, and this case should therefore be remanded to Superior Court.

Dated: May 3, 2023

                Respectfully submitted,

                /s/ John Roddy
                John Roddy (BBO No. 424240)
                Elizabeth Ryan (BBO No. 549632)
                Bailey Glasser LLP
                176 Federal Street, 5th Floor
                Boston, MA 02110
                (617) 439-6730 (phone)
                (617) 951-3954 (fax)
                jroddy@baileyglasser.com
                eryan@baileyglasser.com

## LOCAL RULE 7.1 CERTIFICATE

I, John Roddy, hereby certify pursuant to Local Rule 7.1(a)(2) that Plaintiff's counsel conferred with counsel for Defendant by electronic mail on May 3, 2023 in an attempt in good faith to resolve or narrow the issue. Defendant opposes the relief requested in this motion.

*/s/ John Roddy*
John Roddy

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic File (NEF).

*/s/ John Roddy*
John Roddy