UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Jane Doe, individually and on behalf of all others similarly situated,<br><br>   Plaintiff,<br><br>v.<br><br>Steward Health Care System LLC,<br><br>   Defendant. | Case No. 1:23-cv-10711-AK |

**Stipulation Re Conducting 7-20-2023 Hearing Via Zoom**

Plaintiff's counsel has had a recurrence of back issues that make it difficult to walk. The parties have conferred and stipulate to conducting by Zoom the July 20 hearing on the pending Motion to Remand. ECF # 11.

Wherefore, the parties respectfully request that the Court grant this request.

Dated: July 19, 2023

            Respectfully submitted,

| | |
|---|---|
| */s/ John Roddy* | */s/ Ian Pinta* |
| John Roddy (BBO No. 424240) | Howard M. Cooper (BBO No. 543842) |
| Elizabeth Ryan (BBO No. 549632) | Ingrid S. Martin (BBO No. 653632) |
| Bailey Glasser LLP | Ian J. Pinta (BBO No. 667812) |
| 176 Federal Street, 5th Floor | Todd & Weld LLP |
| Boston, MA 02110 | One Federal Street, 27th Floor |
| (617) 439-6730 | Boston, MA 02110 |
| (617) 951-3954 (fax) | (617) 720-2626 |
| jroddy@baileyglasser.com | hcooper@toddweld.com |
| eryan@baileyglasser.com | ipinta@toddweld.com |
| | |
| *Attorneys for the Plaintiff and Proposed Class* | *Attorneys for Defendant* |