UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Jane Doe, Individually and on behalf of all
others similarly situated

      Plaintiff

  v.                                                                                 Civil Action No. 1:23-10711-AK

Steward Health Care System LLC

      Defendant

## ORDER OF REMAND

August 10, 2023

<u>A. KELLEY, D.J.</u>

      In accordance with the Court's Electronic Order [Dkt. # 18] entered on August 10, 2023, it is ORDERED that the above-entitled action be, and hereby is, REMANDED to the Suffolk County Superior Court.

                                                              By the Court,

                                                              <u>/s/ Arnold Pacho</u>
                                                              Deputy Clerk